## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| VINCENT HUNTLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CV-1847-O |
| | ) | ECF |
| SOUTHERN METHODIST UNIVERSITY, ET AL., | ) | |
| Defendant. | ) | |

## ORDER

Under authority of 28 U.S.C. § 636(b), this *pro se* action was referred to U.S. Magistrate Judge Paul D. Stickney for screening pursuant to 28 U.S.C. § 1915.  On April 20, 2009, the Magistrate Judge issued his Findings and Recommendations recommending that: (1) Plaintiff's claims for money damages pursuant to 42 U.S.C. § 1983 be dismissed with prejudice until the conditions set forth in *Heck v. Humprey*, 512 U.S. 477 (1994) are met; (2) Plaintiff's state law claims be dismissed without prejudice; and (3) Plaintiff's claim for injunctive relief pursuant to 42 U.S.C. § 1983 be dismissed with prejudice.  Doc. No. 11.  On April 30, 2009, Plaintiff filed his objections to the Magistrate Judge's  Findings and Recommendations.  Doc. No. 14.

After conducting a review *de novo* of the pleadings, files and records in this case, the Findings and Recommendation of the Magistrate Judge, and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that they are correct and are hereby accepted as the Findings of the Court.

SO ORDERED this 17th day of July, 2009.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**